BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED AT 1212 SOUTH VICTORY BOULEVARD, BURBANK, CALIFORNIA, LOS ANGELES COUNTY, APN: 5625-014-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, <br><br> Defendant. | 2:11-CV-02390-GEB-DAD <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF REAL PROPERTY; CERTIFICATE OF REASONABLE CAUSE |

It is hereby stipulated by and between the United States of America and claimants John Forgy and Kinde Durke, as follows:

1. The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. On March 26, 2012, an Order was entered allowing for the interlocutory sale of the defendant property. On or about April 17, 2013, escrow closed on the defendant property. No net proceeds were realized from the sale of the defendant property.

3. The parties are to bear their own costs and attorney fees.

4. There was probable cause for the posting of the defendant real property, and for

1

Stipulation and Order for Dismissal

the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED: 4/30/13

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

DATED: 4/30/2013

/s/ John Forgy
JOHN FORGY
Claimant

DATED: 4/29/2013

/s/ Kindee Durkee
KINDE DURKEE
Claimant

(Signatures retained by attorney)

IT IS SO ORDERED.

DATED: 4/30/13

_____
GARLAND E. BURRELL, JR.
United States District Court

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 9, 2011, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

DATED: 4/30/13

_____
GARLAND E. BURRELL, JR.
United States District Court